**Daniel LOPEZ, Plaintiff-Appellant,**

v.

**GARCIA APARTMENTS, LLC, a California Limited Liability Company and Arcadio Castillo, Defendants-Appellees.**

No. 17-55541

United States Court of Appeals, Ninth Circuit.

Submitted December 20, 2017 *

San Francisco, California

Filed January 10, 2018

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Dennis J. Price, II, Esquire, Mr., Russell Clive Handy, Esquire, Mark D. Potter, Esquire, Potter Handy LLP, San Diego, CA, for Plaintiff-Appellant

Adolfo Bojalil Garber, Esquire, Adolfo B Garber Attorney at Law, Los Angeles, CA, for Defendants-Appellees

Before: TROTT, McKEOWN, and WATFORD, Circuit Judges.

MEMORANDUM **

We affirm for the reasons provided by the district court in its "Order Re Attorneys' Fees on Remand," dated April 19, 2017.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.